IN AND FOR THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-21003-CV-JLK

MANUAL E. RIVAS,

    Plaintiff,

v.

DIVERSIFIED CONSULANTS, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

THIS MATTER comes before the Court on Defendant's Motion to Dismiss (DE #7), filed May 2, 2011. Therein, Defendants seek dismissal of Plaintiff's Complaint on the basis of its lack of specificity and failure to state a cause of action or, in the alternative, a more definite statement.[1]

Upon review of Plaintiff's Complaint (DE #1), the Court finds that Defendants' Motion must be denied. Plaintiff's Complaint, stating a claim arising from the Fair Debt Collection Practices Act, satisfies the requirements of notice pleading at least at this early stage of pleading.

Accordingly, having considered the parties' filings and being otherwise advised, the Court **ORDERS, ADJUDGES,** and **DECREES** that:

1. Defendants' Motion to Dismiss (DE #7) be, and the same is hereby, **DENIED**.

---

[1] Plaintiff responded (DE #12) on May 19, 2011. As such, the underlying Motion to Dismiss is for determination.

2.      Defendant shall **ANSWER** Plaintiff's Complaint **within twenty days** of the date of this Order.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida on this 24th day of May, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT

cc:

**Counsel for Plaintiff**
**Donald A. Yarbrough**
2000 E Oakland Park Boulevard
Suite 105 PO Box 11842
Fort Lauderdale, FL 33339
954-537-2000
Fax: 566-2235
Email: donyarbrough@mindspring.com

**Counsel for Defendant**
**Peter E. Nicandri**
Milam Howard Nicandri Dees & Gillam, P.A.
14 East Bay Street
Jacksonvill, FL 32202
904-357-3660
Email: pnicandri@milamhoward.com

**Robert Michael Dees**
Milam Howard Nicandri Dees & Gillam
14 East Bay Street
Jacksonville, FL 32202
904-357-3660
Fax: 357-3661
Email: rdees@milamhoward.com